IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-PSF-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 14, 2006.**

    Plaintiff's Motion for the Court to Provide Plaintiff Copies of Appropriate Rules [Filed July 12, 2006; Docket #476] is **denied**. As the Court's Order dated July 6, 2006, states, Plaintiff is *not* required to comply with Fed. R. Civ. P. 26 or the Local Rules for the scheduling conference. Plaintiff is to appear by phone at the Scheduling/Status Conference set for July 25, 2006, at 9:00 a.m.