IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-PSF-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 2, 2006.**

    Plaintiff's letter request for addresses of the Defendants [Filed July 31, 2006; Docket #493] is **granted** in part and **denied** in part. The actual addresses of the Defendants are not available through the Court. However, counsel of record and their addresses on file with the Court for the four remaining Defendants in this action as listed above are:

Gillian Dale
Hall & Evans
1125 Seventeenth Street, #600
Denver, CO 80202-5817

Thomas J. Lyons
Hall & Evans
1125 Seventeenth Street, #600
Denver, CO 80202-5817