IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-PSF-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 8, 2006.**

    Plaintiff's Motion for Defendants to Comply with Rule 34 [Filed August 7, 2006; Docket #498] is **denied.** The Court does not become involved in discovery matters unless or until problems in that regard should arise. Plaintiff's motion does not comply with Fed.R.Civ.P. 37 as a prerequisite for the Court's involvement, and Plaintiff has failed to demonstrate compliance with the duty to confer under D.C.COLO.LCivR 7.1(A). Further, the Plaintiff has cited no authority by which this Court would have jurisdiction to impose upon the Denver Women's Correctional Facility the obligation to provide the Plaintiff with the means to make copies and the cost at which the copies should be provided.