IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-PSF-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 25, 2006.**

    Plaintiff's Motion for Court Order for Defendants to Comply with Rule 30(7)(f) [sic] [Filed August 24, 2006; Docket #506] is **denied**. Under Fed.R.Civ.P. 30(f)(1), the attorney or party taking a deposition becomes the custodian for the Court of the original record of the deposition and these type of discovery materials are not ordinarily filed with the court. *See* FED.R.CIV.P. 30, Advisory Committee Notes, 1993 Amendments and 2000 Amendments. The parties bear the burden of informing and substantiating with specificity when the deposition has been "taken out of context" in any motion or other filing made with the Court.

    Further, Plaintiff's Motion to Request that Rules be Provided [Filed August 24, 2006; Docket #507] is **denied**. Plaintiff has provided no authority for the request she has made, and the Court is without the personnel or resources to enclose copies of all referenced rules, cases, and laws it may set forth in any particular written ruling it may issue.