IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 98-cv-02031-PSF-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS;
MIKE WILLIAMS;
WAYNE MAIDEN;
JASON GARDNER;
TIMME PEARSON;
DENNIS NIX;
SHERRY HALL;
KELLY BLACK;
C. KELLY;
JUDY LEE;
JUANITA NOVAK;
JERRY ROMANSKI;
JILL NIELSON;
JEFF KLEINHOLTZ;
JOSEPH SMITH;
GREG OWENS; and
JAMES ABBOTT,

    Defendants.

## ORDER OF RECUSAL

This matter comes before the Court on a review of the file. Defendant Joseph Smith is represented by lawyers with the law firm of Wood, Ris & Hames, P.C. Another lawyer affiliated with that firm, F. Michael Ludwig, has just undertaken representation of the undersigned in an adversarial proceeding pending before the United States Bankruptcy Court, Bankruptcy Case No. 06-15511-ABC. I have retained Mr. Ludwig

on the basis of his prior representation of me in related proceedings that predated my appointment to the bench. For this reason, I believe it is inappropriate for me to preside over this case. *See* 28 U.S.C. § 455(a). Accordingly, I recuse myself. It is therefore ORDERED that the judge's file be returned to the clerk and that the case be reassigned to another district court judge by random draw.

DATED: September 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Court Judge