IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

     Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 4, 2006.**

     Plaintiff's Motion for Ruling on "Motion to Vacate the Current Set Deadlines and Re-set the Scheduling Conference for 60 Days as for 'Good Cause' Pursuant to Fed.R.Civ.P. 16(b) (sic) [Filed September 27, 2006; Docket #520] is **denied** as premature. The response time has not yet run on the Plaintiff's previous motion which, while dated September 1, 2006, was not filed on September 13, 2006..