IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

      Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 4, 2006.**

      Plaintiff's Motion to Correct Typing Errors in the Amended Complaint [Filed September 28, 2006; Docket #522] is **denied**, without prejudice. The docket in this matter is very extensive, and therefore, the Court will not allow correction of the pleadings in the manner currently requested by the Plaintiff because it causes the Amended Complaint to be a piecemeal document and burdensome to accurately locate. The Plaintiff may, if she so desires, make a request by written motion to correct the errors she alleges are contained in her Amended Complaint, and submit with that motion a complete and corrected Amended Complaint which accurately sets forth the information she proposes.