IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

---

**MINUTE ORDER DENYING INTERVENTION
AND ALLOWING EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
MOTION TO STRIKE AMENDED COMPLAINT**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 12, 2006.**

    Plaintiff's Emergency Request for Intervention [Filed October 6, 2006; Docket #527] is **denied.** While the Court does not wish to diminish the information supplied by the Plaintiff in this document, the Plaintiff is raising new issues which involve actors other than the named Defendants in this case, i.e., the DWCF mail room personnel and supervisor. Additionally, she gives no indication that she has utilized the Grievance Procedures which are available to her, and include provisions for emergency consideration of the grievance. *See* COLORADO DEPARTMENT OF CORRECTIONS ADMINISTRATIVE REGULATION 850-04(IV)(E). Accordingly, while the document is noted for the record, the Plaintiff fails to provide authority under which this Court may take action within the scope of this case and that she has exhausted her administrative remedies prior to asking the Court to take action.

    In the interest of judicial expediency, on this date, the Court has mailed to the Plaintiff a copy of the Motion to Strike Amended Complaint from Defendants Zavaras, Williams, Novak, and Maiden set forth at Docket #516. However, in the future, the Court will not provide this service and copies can be obtained from the office of the Clerk after arrangements for copying costs have been made. **It is ORDERED that Plaintiff shall have until and including October 26, 2006, in which to file her response to the Motion to Strike Amended Complaint from Defendants Zavaras, Williams, Novak, and Maiden which was filed on September 14, 2006**.