IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

     Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 18, 2006.**

     Plaintiff's Request for Clarification [Filed October 16, 2006; Docket #531] is deemed **moot**. D.C.COLO.LCivR 7.1C provides "The responding party shall have 20 days after the filing date of the motion, or such lesser or greater time as the court may allow, in which to file a response." Fed.R.Civ.P. 6(e) and/or District of Colorado Electronic Case Filing ("ECF") Procedures V.G.5. adds 3 days to the response time. Further, a prisoner must demonstrate compliance with the mailbox rule in order for it to be applicable. *See U.S. v. Fredette*, 2006 WL 2277989 (10th Cir. 2006).