IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2006.**

    There being no authority for the service of requests for admissions on a nonparty, the Plaintiff's Request for Admissions Under Rule 36 [Filed November 6, 2006; Docket #544] is **denied** and the Defendants' Motion to Strike Plaintiff's Request for Admissions [Filed November 6, 2006; Docket #545] is **granted.**

    Plaintiff is cautioned that the sole remaining claim in this case, as mandated by the Court of Appeals for the Tenth Circuit, is Plaintiff's claim that Defendants Zavaras, Williams, Maiden, and Novak were deliberately indifferent to her safety in regards to former Defendant Smith's alleged sexual assaults upon the Plaintiff (Docket #471).[1]  Therefore, Plaintiff's efforts at discovery must be confined to that claim, and that claim alone.  Unless and until the Court grants Plaintiff the authority to add more claims to this action, any further efforts at discovery directed at matters outside of the sole remaining claim in this case may result in the award of sanctions.

---

    [1]The issue of whether or not the Plaintiff will be allowed to proceed under the Second Amended Complaint she filed without authority on September 12, 2006, remains pending before the District Judge in this case under the Recommendation on Motion to Strike Amended Complaint.