IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2006.**

    For good cause shown, Plaintiff's Motion for Extension of Time to Submit Response to Judge Hegarty's Recommendation on Motion to Strike Amended Complaint [Filed November 14, 2006; Docket #550] is **granted** *nunc pro tunc*. Plaintiff shall have had until and including November 16, 2006, in which to file her response in this regard.

    Because it is duplicative, and the relief has already been granted in another case (*See* Civil Action No. 92-cv-00870-EWN-OES, Docket #2411), Plaintiff's Motion to Preserve Evidence Used in Montez Hearing for Another Case [Filed November 14, 2006; Docket #549] is **denied** as moot.