**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 98-cv-02031-LTB-MEH

JILL COIT,

    Plaintiffs,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

_____

**ORDER**
_____

This case is before me upon the recommendation of the magistrate judge that the motion to strike amended complaint from Defendants Zavaras, Williams, Novak and Maiden filed September 14, 2006 (Doc No. 516) be granted.  The plaintiff has filed timely, specific written objections to the magistrate judge's recommendation.  I have therefore reviewed the recommendation *de novo* in light of the file and record in this case.  On *de novo* review I conclude that the recommendation is correct.  Accordingly,

IT IS ORDERED that the motion of Defendants Zavaras, Williams, Novak and Maiden (Doc No. 516) is granted and the amended complaint is STRICKEN.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge

DATED: November 24, 2006