IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

      Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 7, 2006.**

      Plaintiff's Motion to Authenticate or Identify Plaintiff's Colorado Department of Corrections Entire Medical File In the Possession of the CDOC Medical and Legal Department As Well As All Exhibits Submitted In this Cases [sic] As Authentic To Be Used For Trial [**Filed December 1, 2006; Docket #568**] is **denied**, without prejudice. Plaintiff has not attempted to explain the admissibility nor the relevance of all of her CDOC Medical Files and all Exhibits submitted to this Court and the Appeals Court in light of the one very narrow claim which remains pending in this action.

      Plaintiff's Motion to Refer Case to Faculty of Federal Advocates (FFA) [**Filed December 1, 2006; Docket #569**] is **denied.** Following the telephonic scheduling conference held in this matter on July 25, 2006, Plaintiff's name was again submitted to the CJA liaison for assistance in obtaining *pro bono* counsel in this matter and all efforts that can appropriately be made in this regard are being made. The Court is aware of no authority by which it can "refer" a case to the FFA, and notes that even Mr. Richard M. Foster, Chairperson of the FFA, indicates that such a referral only "sometimes assists [the FFA] in trying to find volunteer counsel." *See* Docket #569, p. 2. Accordingly, the Court declines to refer this case to one specific organization; instead, this matter will remain on the list of cases seeking volunteer counsel from all sources to allow for the broadest possibility of volunteer counsel being located.

      Plaintiff's Request A Responses [sic] To Her 'Motion to Refer Case to Faculty of Federal Acvocates (FFA)' [Filed December 1, 2006; Docket #570] is **denied** as **moot.**