IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2006.**

    Plaintiff's Motion for Return of Legal Documents Seized on 3-19-04 in Order to Complete Defendants (sic) Request for Interrogatories and Production of Documents [**Filed December 5, 2006; Docket #572**] is **denied** as **moot**.

    Plaintiff has re-filed this exact same motion on December 11, 2006 as Docket #580. Response time for the Defendants in this regard shall run from the most recently filed motion at Docket #580.