IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2006.**

    Plaintiff's request for Sanctions for Defendants Who Are In Violation of Rule 26 And Plaintiff's First Set of Request For Interrogatories and Production of Documents [**Filed December 14, 2006; Docket #586**] is **denied**.

    Defendants have demonstrated compliance with responding to Plaintiff's discovery requests, and Plaintiff bears the financial responsibility for obtaining copies of the discovery she has requested. "Fees" or "costs," for indigent litigants under 28 U.S.C. § 1915 refer generally to court costs, or the fees imposed by officers of the court such as the clerk or marshal, to taxable costs to be recovered by the adverse party, or to mileage and attendance fees for prospective witnesses. Robert F. Koets, *What Constitutes "Fees" or "Costs" Within Meaning of Federal Statutory Provision (28 U.S.C.A. § 1915 and Similar Predecessor Statutes) Permitting Party to Proceed In Forma Pauperis Without Prepayment of Fees and Costs or Security Therefor*, 142 A.L.R. Fed. 627 (1997).