IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 23, 2007.**

    Plaintiff's Motion for Clarification of Minute Order [Filed January 22, 2007; Docket #604] is **granted**. An issuing court possesses the inherent authority to reconsider orders that are not dispositive. *See Above the Belt, Inc. v. Mel Bohannan Roofing, Inc.*, 99 F.R.D. 99, 101 (E.D.Va. 1983). The provisions set forth at Fed.R.Civ.P. 72(a) govern objections on nondispositive matters referred to a Magistrate Judge.

    Plaintiff's Motion for Extension of Time to File Responses to Defendant's (sic) Replies [Filed January 22, 2007; Docket #605] is **denied**. Defendants currently have no motions pending in this case for which there are responses due from the Plaintiff, and since there are no defense motions pending, no replies have been filed on their behalf for which leave to file a surreply would be appropriate on behalf of the Plaintiff.

    Finally, the Court notes the filing of a letter from the Plaintiff wherein she complains to the Clerk of Court that she has not received documents in connection with Docket Text entries made on December 5, 2006, and December 13, 2006 (Docket #603). Plaintiff is advised that such entries as are at Dockets #576 and #582 are administrative notations and are made in the record solely to indicate the referral of the described matter by the District Judge to the Magistrate Judge pursuant to the overriding Order of Reference in this case. Therefore, no actual documents are ever produced; only the brief Docket Text is generated, and there are no documents to be provided to any of the parties in this regard.