IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

      Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2007.**

      For good cause shown, the Motion to Vacate Final Pretrial Conference [**Filed February 21, 2007; Docket #614**] is **granted**. The Final Pretrial Conference set for March 5, 2007, is hereby **vacated**. The conference will be re-scheduled, if necessary, at such time as all pending motions have been ruled upon.