IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is the Motion to Withdraw, filed by Attorney Gillian Dale (Docket #622). Ms. Dale seeks to withdraw as an attorney for Defendants. Other counsel appear of record on behalf of the Defendants, and therefore, the Defendants will not be unrepresented upon the withdrawal of Ms. Dale. The motion is in compliance with D.C.COLO.LCivR 83.3.D.

Accordingly, it is hereby ORDERED that the Motion to Withdraw [Filed April 18, 2007; Docket #622] is **granted**. Gillian Dale is hereby permitted to withdraw as attorney for the Defendants and shall have no further responsibility for representation of the Defendants.

Dated at Denver, Colorado, this 20th day of April, 2007.

                                                  BY THE COURT:

                                                  s/ Michael E. Hegarty
                                                  Michael E. Hegarty
                                                  United States Magistrate Judge