IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.** 98-cv-02031-LTB-MEH       **FTR – Courtroom C203**
**Date:** June 1, 2007                          Cathy Coomes, Courtroom Deputy

JILL COIT,

                                                *Pro Se* (by telephone)

        Plaintiff(s),

v.

ARISTEDES ZAVARAS,                               Thomas J. Lyons
MIKE WILLIAMS,
WAYNE MAIDEN,
JASON GARDNER,
TIMME PEARSON,
DENNIS NIX,
SHERRY HALL,
KELLY BLACK,
C. KELLY,
JUDY LEE,
JUANITA NOVAK,
JERRY ROMANSKI,
JILL NIELSON,
JEFF KLEINHOLTZ,
JOSEPH SMITH, and
JAMES ABBOTT,

        Defendant(s).

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**    **9:49 a.m.**

Court calls case.

Appearance of counsel and *pro se* Plaintiff by telephone.

Discussion regarding the status of the case.

**ORDERED:** 1. Plaintiff shall have to and including **June 19, 2007,** to file a Response to Defendants' Renewed Motion for Summary Judgment (Doc. #609, filed 2/19/07).

2. Plaintiff shall submit a Confidential Settlement Letter to the Court, outlining her settlement position.

3. Defendants shall have to and including **June 26, 2007,** to file a Reply to Plaintiff's Response to the Renewed Motion for Summary Judgment.

Discussion regarding Plaintiff's Motion for Stay until Counsel can be Obtained (Doc. #630, filed 5/17/07).

**ORDERED:** Based on discussions on the record, Plaintiff's Motion for Stay until Counsel can be Obtained (Doc. #630, filed 5/17/07) is **DENIED.**

**Court in recess:**   10:10 a.m.   (Hearing concluded)
Total time in court:   0:21