IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02031-LTB-MEH

JILL COIT,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 10, 2007.**

    Plaintiff seeks an order requiring Denver Women's Correctional Facility to produce its mail log to show that she timely filed her Response to Defendants' Renewed Motion for Summary Judgment. The Court received Plaintiff's Response on June 25, 2007, as well as the Supplement to the Response, titled "Motion to Include Pages 25 D, E, F, G, H, L, M & N of Plaintiff's Response." Dock. ##651, 652. The Court considered these documents as timely filed and analyzed Plaintiff's arguments in both documents in its Recommendation on the Renewed Motion for Summary Judgment.

    Accordingly, Plaintiff's Motion for DWCF to Produce Unit 2 Legal Mail Log Showing Jill Coit Mailings for June 19, 2007 [Filed July 3, 2007; Docket #658] is **denied as moot**.