## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.   98-cv-02031-LTB-MEH

JILL COIT,

    Plaintiffs,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.
_____

## ORDER
_____

This case is before me on the recommendation of the magistrate judge that plaintiff's Motion for Temporary Restraining Order (Docket No. 642) be denied.  The recommendation was issued and served on June 25, 2007.  Plaintiff does not file specific written objections to the recommendation but rather on July 3, 2007 filed her "Response to Judge Hegarty's Recommendation on Plaintiffs' Motion for Temporary Restraining Order" in which she asserts that the magistrate judge is not impartial and that Magistrate Judge Hegarty should be removed from her case.  I construe this response liberally as an objection to the recommendation that the Motion for Temporary Restraining Order be denied.  I have, therefore, reviewed the recommendation *de novo*.

My review of the file and record in this case leads me to conclude that there is no objective basis upon which Magistrate Judge Hegarty should be disqualified

pursuant to 28.U.S.C. § 455(a).  Nor has any showing been made as to his mandatory disqualification pursuant to 28.U.S.C. § 455(b).  On *de novo* review I conclude that the recommendation is correct.

Accordingly,

IT IS ORDERED that the Motion for Temporary Restraining Order (Docket No. 642) is DENIED.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: August 6, 2007