# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

Civil Case No.   98-cv-02031-LTB-MEH

JILL COIT,

    Plaintiffs,

v.

ARISTEDES ZAVARAS,
MIKE WILLIAMS,
WAYNE MAIDEN, and
JUANITA NOVAK,

    Defendants.
_____

# ORDER
_____

This case is before me on the recommendation of the magistrate judge that the Renewed Motion for Summary Judgment from Defendants Zavaras, Williams, Novak and Maiden (Docket No. 609) be granted and that the case be dismissed as time-barred.  The recommendation was issued and served on July 5, 2007.  Plaintiff has filed timely written objections to the recommendation.  I have, therefore, reviewed the recommendation *de novo* in light of the file and record in this case.  On *de novo* review I conclude that the recommendation is correct.  Accordingly,

IT IS ORDERED that the Renewed Motion for Summary Judgment from Defendants Zavaras, Williams, Novak and Maiden (Docket No. 609) is GRANTED and this case is DISMISSED WITH PREJUDICE as time-barred.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: August 6, 2007